**EXHIBIT A**

| Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| primewire.ag | Raya and the Last Dragon | https://primewire.ag/movie/176344-watch-raya-and-the-last-dragon | Godzilla vs Kong | https://primewire.ag/movie/61407-watch-godzilla-vs-kong |
| obniv.com | Triple Frontier | http://obniv.com/ws4xct8/b/obniv/121419040 | Always Be My Maybe | http://obniv.com/ws4xct8/b/obniv/489516220 |
| hd-world.cc | Dolittle | https://hd-world.cc/filme/die-fantastische-reise-des-dr-dolittle-2020-german-dl-1080p-bluray-x264-details/ | Frozen II | https://hd-world.cc/filme/die-eiskoenigin-2-frozen-ii-2019-3d-multi-complete-bluray-sharphd/ |
| freefilm.to | Dolittle | https://freefilm.to/film/dolittle | Frozen II | https://freefilm.to/film/ladove-kralovstvo-2 |
| freeserial.to | Breaking Bad S03E01 | https://freeserial.to/serial/breaking-bad/uz-ne/2480 | Grey's Anatomy S14 E01 | https://www.freeserial.to/serial/greys-anatomy/break-down-the-house/29628 |
| pelis-online.net | Mortal Kombat | https://pelis-online.net/accin/24100-mortal-kombat.html | Godzilla vs Kong | https://pelis-online.net/accin/24105-godzilla-vs-kong.html |
| ifsp.tv | Tenet | https://ifsp.tv/play?id=325zVhAoZpR | Frozen II | https://ifsp.tv/play?id=sKf4QKkshK8 |
| 7movierulz.vc | Godzilla vs Kong | https://7movierulz.vc/godzilla-vs-kong-2021-brrip-original-telugu-tamil-hindi-eng-dubbed-movie-watch-online-free/ | Raya and the Last Dragon | https://7movierulz.lv/raya-and-the-last-dragon-2021-brrip-original-telugu-tamil-hindi-eng-dubbed-movie-watch-online-free/ |
| extramovies.camp | Godzilla vs Kong | https://extramovies.camp/godzilla-vs-kong-2021-dual-audio-hindi-1080p-hq-bluray/ | Frozen II | https://extramovies.camp/frozen-2-2019-dual-audio-hindi-english-1080p-bluray-esubs-download/ |
| nox.to | The Lion King | https://nox.to/download/Filme/der-k_nig-der-l_wen-_2019_-BJL6yph4r | Triple Frontier | https://nox.to/download/Filme/triple-frontier-B1hc538w4 |
| sendfox.org | Law and Order Special Victims Unit S17E01 | https://sendfox.org/scrlsy5e3onq | Breaking Bad S03E01 | https://sendfox.org/avaduh6cup5q |
| Ogladaj.to | Dolittle | https://ogladaj.to/zaloguj?ref=/doktor-dolittle-dolittle-2020ckdfweh9qy.html | Joker | https://ogladaj.to/zaloguj?ref=/joker-2019.html |
| 94itv.app | Fast & Furious 9 | https://94itv.app/vod-detail-id-126235.html | Godzilla vs Kong | https://94itv.app/vod-detail-id-66129.html |
| imybinoo.net | Godzilla vs Kong | https://s5.imybinoo.net/movies/%ea%b3%a0%ec%a7%88%eb%9d%bc-vs-%ec%bd%a9/ | Frozen II | https://s6.imybinoo.net/movies/%ea%b2%a8%ec%9a%b8%ec%99%95%ea%b5%ad-2/ |
| Supervideo.tv | Frozen II | https://supervideo.tv/kgtdhc6qx7vm | Joker | https://supervideo.tv/qa5jpclifkgv |
| extrabb.com | Triple Frontier | http://extrabb.com/0a6d1wvcskdfym/b/extrabb/75668112 | Always Be My Maybe | http://extrabb.com/0a6d1wvcskdfym/b/extrabb/305065566 |

| Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| wavob.com | Triple Frontier | http://wavob.com/p6juyvbu4/b/wavob/1026544 | Always Be My Maybe | http://wavob.com/p6juyvbu4/b/wavob/4138642 |
| vagdi.com | Triple Frontier | http://vagdi.com/eg4a7qc56o/b/vagdi/121437632 | Always Be My Maybe | http://vagdi.com/eg4a7qc56o/b/vagdi/489591176 |
| bovmi.com | Triple Frontier | http://bovmi.com/uqj22woav/b/bovmi/106586608 | Always Be My Maybe | http://bovmi.com/uqj22woav/b/bovmi/429717394 |
| egy.best | Frozen II | https://egy.best /movie/frozen-ii-2019/#download | Dolittle | https://egy.best/movie/dolittle-2020/?ref=search-p1#download |
| kissasian.sh | Kingdom (Season 2) | https://kissasian.sh/Drama/Kingdom-Season-2 | | |
| kisstvshow.to | Busted! S1 E1 | https://kisstvshow.to/Show/Busted/Episode-1 | Busted! S1 E2 | https://kisstvshow.to/Show/Busted/Episode-2 |
| Phimmoizz.net | The Lion King | http://phimmoizz.net/phim/vua-su-tu-i0-8162/ | Harry Potter and the Deathly Hallows Part II | http://phimmoizz.net/phim/harry-potter-va-bao-boi-tu-than-phan-2-i1-1878/xem-phim.html |
| unblockit.app | Frozen II | https://1337x.unblockit.app/torrent/4292403/Frozen-II-2019-1080p-WEBRip-5-1-YTS-YIFY/ | Dolittle | https://1337x.unblockit.app/torrent/4370286/Dolittle-2020-1080p-WEBRip-5-1-YTS-YIFY/ |
| vod.phimmoicdn.net | Tenet | http://vod.phimmoicdn.net/v1.0/st02/904d63c6036cf4de550b21769b592f1c/L3qk-yxj6A5HU4zVSasy6g/2/8/b/ee/5b8/b008acdaa686505d2e92942f5b8eeb82/hls-h264-480p/playlist.m3u8 | Wonder Woman 1984 | http://vod.phimmoicdn.net/v1.0/st04/3f78c49b7a8197b861df6c106f4d43d9/vSgsl3ThQ_ZSplmVhpfh9g/8/e/0/07/73b/80b41b7eb514f4a0fde4166273b070e8/hls-h264-480p/playlist.m3u8 |